**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | Case No. 25-00034-eg |
| Clouter Creek Reserve LLC, | Chapter 11 |
| Debtor. | |

**STATEMENT OF CHANGE**

In accordance with Bankruptcy Rule 1009, Clouter Creek Reserve LLC ("Debtor"), as detailed on the attached amendment, hereby amends its Schedule E/F as follows:

Debtor amends its **Schedule E/F:  Creditors Who Have Unsecured Claims** to revise the amount owed to Adam Chapman from $75,000 to the amended amount of $130,000; and further amended to remove the debt of $49,000 owed to Bradferd Bidnick.

Respectfully submitted,

PENN LAW FIRM, LLC

March  6 , 2025.           By:    /s/W. Harrison Penn
                                  W. Harrison Penn #11164
                                  Attorney for Debtor
                                  1517 Laurel Street (29201)
                                  Columbia, SC 29201-1332
                                  (803)771-8836
                                  hpenn@penlawsc.com

1

    I, Shane G. Sandusky, hereby declare under penalty of perjury, that I have read the foregoing Amendment to Schedule E/F and declare that the amendment made is true and correct to the best of my knowledge, information, and belief.

                                                                Clouter Creek Reserve LLC

March __6__, 2025.                      By:    /s/Shane G. Sandusky
                                                          Shane G. Sandusky, Member/Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Clouter Creek Reserve LLC |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | 2:25-bk-34 |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*    E/F:   Creditors Who Have Unsecured Claim
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 6, 2025            X /s/Shane G. Sandusky
                                          Signature of individual signing on behalf of debtor

                                          Shane G. Sandusky
                                          Printed name

                                          Member / Manager
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Clouter Creek Reserve LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known): 2:25-bk-34

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Adam Chapman<br>83 America Street<br>Charleston, SC 29403<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Loans to Business<br>Is the claim subject to offset?   ☒ No    ☐ Yes | $130,000.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Applied Technology Management (ATM)<br>PO Box 20336<br>Charleston, SC 29413<br>Date(s) debt was incurred December 29, 2024<br>Last 4 digits of account number 4178 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Professional Services<br>Is the claim subject to offset?   ☒ No    ☐ Yes | $1,118.25 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Michael Colucci<br>903 Osceola Street<br>Edisto Island, SC 29438<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Loans to Business<br>Is the claim subject to offset?   ☒ No    ☐ Yes | $1,450,000.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Seamon Whiteside<br>501 Wando Park Blvd.<br>Suite 200<br>Mount Pleasant, SC 29464<br>Date(s) debt was incurred 10/22/24<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Professional Services<br>Is the claim subject to offset?   ☒ No    ☐ Yes | $1,807.92 |

| Debtor | Clouter Creek Reserve LLC | Case number (if known) | 2:25-bk-34 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Seamon Whiteside<br>501 Wando Park Blvd.<br>Suite 200<br>Mount Pleasant, SC 29464 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $581.20 |
|---|---|---|---|
| | **Date(s) debt was incurred** 11/26/2024 | **Basis for the claim:** Professional Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>Shawn M. French, Sr.<br>851 Hwy 378<br>Suite 100 1074<br>Lexington, SC 29072 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Legal Services | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 1,633,507.37 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 1,633,507.37 |