**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| Clouter Creek Reserve LLC | CASE NO: 25-00034-EG |
| Debtor(s). | ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT |

To: Clouter Creek Reserve LLC, creditors, and other parties in interest:

A Disclosure Statement and a Plan under chapter 11 of the Bankruptcy Code having been filed by Clouter Creek Reserve LLC on April 7, 2025,

IT IS ORDERED and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held at the King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina on May 29, 2025, at 10:00 AM.

2. May 22, 2025 is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the Disclosure Statement.

3. Within five (5) days after the entry of this Order, the Disclosure Statement and Plan shall be distributed in accordance with Fed. R. Bankr. P. 3017(a).

4. Requests for copies of the Disclosure Statement and Plan shall be made to the debtor in possession at the following mailing address:

William Harrison Penn
Penn Law Firm, LLC
P.O. Box 11332
1517 Laurel Street
Columbia, SC 29211-1332.

5. The hearing on the Disclosure Statement may be adjourned from time to time by an announcement made in open court at the hearing without further notice.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**04/09/2025**

Entered: 04/09/2025

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina