# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **25-00034-eg**

## Amended Order

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**04/11/2025**



*Elisabetta G. M. Gasparini*
US Bankruptcy Judge
District of South Carolina

Entered: 04/11/2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Clouter Creek Reserve LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO: 25-00034-EG<br><br>AMENDED ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT |

**To: Clouter Creek Reserve LLC, creditors, and other parties in interest:**

A Disclosure Statement and a Plan under chapter 11 of the Bankruptcy Code was filed by Clouter Creek Reserve LLC on April 7, 2025. The Court previously entered an order setting the hearing to consider the approval of the Disclosure Statement for May 29, 2025; however, it appears that cause exists under Fed. R. Bankr. P. 9006 to shorten the notice of the hearing so that the matter can be considered at the same time as the pending motion to convert, which is scheduled for a hearing on May 1, 2025. In shortening the hearings, the Court takes into account the fact that the creditor matrix is not large and that the parties involved in this case are in large part well-versed with the Debtor and the events that have transpired. The record in this case reflects that the parties are familiar with the issues raised in the Disclosure Statement and that shortened notice would not prejudice the parties.

IT IS ORDERED and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement is rescheduled for **May 1, 2025 at 10:00 AM at the King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina**.

2. April 28, 2025 is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the Disclosure Statement.

3. While nothing herein changes Debtor's duty as set forth in the prior order to distribute the Disclosure Statement, Plan, and prior order scheduling the disclosure hearing in accordance with Fed. R. Bankr. P. 3017(a), the Clerk's Office is hereby directed to serve this order on the entire creditor matrix via mail.

4. Requests for copies of the Disclosure Statement and Plan shall be made to the debtor in possession at the following mailing address:

William Harrison Penn
Penn Law Firm, LLC
P.O. Box 11332
1517 Laurel Street
Columbia, SC 29211-1332.

5. The hearing on the Disclosure Statement may be adjourned from time to time by an announcement made in open court at the hearing without further notice.

AND IT IS SO ORDERED.